In the Matter of the Application of NATHANIEL B. W. PRITCH-
ARD, Respondent, *v.* RICHARD MARVIN et al., Appellants.

*Matter of Pritchard* v. *Marvin*, 33 App. Div. 639, affirmed.
(Argued January 9, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 3, 1898, affirming an order of Special Term fining
appellants for contempt and directing commitment to issue.

*Uriah W. Tompkins* and *D. Edgar Anthony* for appellants.

*Abram Kling* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. DAN-
IELS, Appellant, *v.* HENRY S. KEARNY, Commissioner of
Public Buildings, etc., of the City of New York, Respondent.

*People ex rel. Daniels* v. *Kearny,* 34 App. Div. 630, affirmed.
(Argued January 9, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 19, 1898, affirming on certiorari the proceedings
of respondent in removing the relator from office

*George F. Langbein* for appellant.

*Theodore Connoly* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.
All concur.